IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 74–cr–00332

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICK ALAN HERRIN,

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

This matter is before the court on the "Request for Dismissal" filed 6/26/2008. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 1st day of July, 2008.

                                                  BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                Chief United States District Judge